■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARIA D. HERNANDEZ, Appellant.—Appeal from a judgment of the County Court of Albany County (Harris, J.), rendered November 10, 1988, convicting defendant upon her plea of guilty of the crime of assault in the first degree.

Defendant was allowed to plead guilty to assault in the first degree in satisfaction of the original charge of attempted murder in the second degree. Defendant stated that she understood that she could receive a 5-to-15-year prison sentence and still wished to plead guilty. These circumstances, coupled with the facts adduced at the plea allocution, do not lead us to disturb the discretion exercised by County Court in imposing a 5-to-15-year sentence (see, People v Donnelly, 103 AD2d 941).

Judgment affirmed. Mahoney, P. J., Kane, Mikoll, Yesawich, Jr., and Harvey, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY HILL, Appellant.—Appeal from a judgment of the County Court of Sullivan County (Traficanti, Jr., J.), rendered February 8, 1989, convicting defendant upon his plea of guilty of the crime of criminal sale of a controlled substance in the third degree.

Upon our review of the record of the proceedings in this case, including the stenographic minutes and the brief submitted by defendant's counsel, we find that there are no nonfrivolous issues which could be raised on appeal. Accordingly, defense counsel's application for leave to withdraw as counsel should be granted and the judgment should be affirmed (see, Anders v California, 386 US 738; People v Creeden, 150 AD2d 887).

Judgment affirmed. Mahoney, P. J., Weiss, Mikoll, Levine and Harvey, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY W. STORMS, Appellant.—Appeal from a judgment of the County Court of Broome County (Monserrate, J.), rendered May 23, 1989, convicting defendant upon his plea of guilty of the crime of robbery in the first degree.

Judgment affirmed (see, People v Gleeson, 161 AD2d 902). Kane, J. P., Casey, Mikoll, Yesawich, Jr., and Mercure, JJ., concur.